# AREA WIDE CONSTRUCTION AGREEMENT

by and between

## TEAMSTER LOCALS 179, 301, 330, 673, 705, 731 & 786

and

## THE MID-AMERICA REGIONAL BARGAINING ASSOCIATION



affiliated with the

*International Brotherhood of Teamsters*

and

*Teamsters Joint Council No. 25*

effective

*June 1, 2004 through May 31, 2009*

---

08cv1329
Judge: Kendall
Mag. Judge: Brown



EXHIBIT 1

considered as a part of this Agreement.

9.2(e) The Employer hereby agrees to be bound by the Agreements and Declarations of Trust creating said Welfare Fund and by any future Amendments thereto, and hereby designates as its representatives on the Board of Trustees, such Trustees as are named in said Agreements and Declarations of Trust, as Employer Trustees, together with their successors selected in the manner provided in said Agreement and Declaration of Trust, as it may be amended from time to time; and further agrees to be bound by all action taken by said Employer Trustees pursuant to said Agreement and Declaration of Trust, as amended from time to time.

*Locals 179, 301, 330, 673 and 705*

9.3(a) *FOR LOCAL 179* – Effective June 1, 2004\*\*, the Employer shall pay the sum of $213.20 per week for each regular employee covered by this Agreement who performs any work in such week into a trust fund set up by the Trust Agreement now in effect in the aforementioned Union Locals for the payment of Health and Welfare benefits as determined by a Board of Trustees.

*FOR LOCAL 301* – Effective June 1, 2004\*\*, the Employer shall pay the sum of $188.00 per week for each regular employee covered by this Agreement.

*FOR LOCAL 330* – Effective June 1, 2004\*\*, the Employer shall pay the sum of $214.00 per week for each regular employee covered by this Agreement who performs any work in such week into a trust fund set up by the Trust Agreement now in effect in the aforementioned Union Locals for the payment of Health and Welfare benefits as determined by a Board of Trustees.

*FOR LOCAL 673* – Effective June 1, 2004\*\*, the Employer shall pay the sum of $214.00 per week for each regular employee covered by this Agreement who performs any work in such week into a trust fund set up by the Trust Agreement now in effect in the aforementioned Union Locals for the payment of Health and Welfare benefits as determined by a Board of Trustees.

*FOR LOCAL 705* – Effective June 1, 2004\*\*, the Employer shall pay the sum of $194.00 per week for each regular employee covered by this Agreement.

\*\*There shall be an increase in wages and/or fringe benefits (Health & Welfare Fund and Pension Fund) according to the following schedule. Allocation of these amounts between wages and/or fringe benefit funds shall be determined by the Local Union thirty (30) days prior to the effective date of the increase.

    Effective June 1, 2005 ...... $1.60 per hour
    Effective June 1, 2006 ...... $1.75 per hour
    Effective June 1, 2007 ...... $1.85 per hour
    Effective June 1, 2008 ...... $2.00 per hour

9.3(b) Any disagreement with respect to the eligibility, time and method of payments, payments during periods of employee illness or disability, method of enforcement of payment and related matters shall be determined by such Trustees. The Fund shall in all respects be administered in accordance with the Trust Agreement. The method and amount of payment shall be as follows:

*FOR LOCAL 179:* The amount of $213.20 per employee per week effective June 1, 2004\*\*, shall be contributed for each regular employee other than casual or emergency employees, covered under the Collective Bargaining Agreement for any week in which such employee performs any service for the Employer.

*FOR LOCAL 301:* The amount of $188.00 per employee per week effective June 1, 2004\*\*, shall be contributed for each regular employee other than casual or emergency employees.

*FOR LOCAL 330:* The amount of $214.00 per employee per week effective June 1, 2004\*\*, shall be contributed for each regular employee other than casual or emergency employees, covered under the Collective Bargaining Agreement for any week in which such

22    23

employee performs any service for the Employer.

*FOR LOCAL 673:* The amount of $214.00 per employee per week effective June 1, 2004**, shall be contributed for each regular employee other than casual or emergency employees, covered under the Collective Bargaining Agreement for any week in which such employee performs any service for the Employer.

*FOR LOCAL 705:* The amount of $194.00 per employee per week effective June 1, 2004**, shall be contributed for each regular employee other than casual or emergency employees.

**There shall be an increase in wages and/or fringe benefits (Health & Welfare Fund and Pension Fund) according to the following schedule. Allocation of these amounts between wages and/or fringe benefit funds shall be determined by the Local Union thirty (30) days prior to the effective date of the increase.

    Effective June 1, 2005 ...... $1.60 per hour
    Effective June 1, 2006 ...... $1.75 per hour
    Effective June 1, 2007 ...... $1.85 per hour
    Effective June 1, 2008 ...... $2.00 per hour

9.3(c) Payment shall be made on casual or emergency employees who are defined for this purpose only, as employees who are not on a seniority list and such payment shall be made for the days actually worked at the rate of $42.64 per day for Local 179, $37.60 for Local 301, $42.80 for Local 330, $42.80 for Local 673, $38.80 for Local 705, effective June 1, 2004**.

**There shall be an increase in wages and/or fringe benefits (Health & Welfare Fund and Pension Fund) according to the following schedule. Allocation of these amounts between wages and/or fringe benefit funds shall be determined by the Local Union thirty (30) days prior to the effective date of the increase.

    Effective June 1, 2005 ...... $1.60 per hour
    Effective June 1, 2006 ...... $1.75 per hour
    Effective June 1, 2007 ...... $1.85 per hour
    Effective June 1, 2008 ...... $2.00 per hour

24

9.3(d) If any regular employee is absent because of non-occupational illness or injury, the required $213.20 for Local 179, $188.00 for Local 301, $214.00 for Local 330, $214.00 for Local 673, $194.00 for Local 705, contribution effective June 1, 2004**, the Employer shall continue to make contributions for a period of four (4) weeks.

**There shall be an increase in wages and/or fringe benefits (Health & Welfare Fund and Pension Fund) according to the following schedule. Allocation of these amounts between wages and/or fringe benefit funds shall be determined by the Local Union thirty (30) days prior to the effective date of the increase.

    Effective June 1, 2005 ...... $1.60 per hour
    Effective June 1, 2006 ...... $1.75 per hour
    Effective June 1, 2007 ...... $1.85 per hour
    Effective June 1, 2008 ...... $2.00 per hour

9.3(e) If any regular employee is absent because of occupational illness or injury, the required $213.20 for Local 179, $188.00 for Local 301, $214.00 for Local 330, $214.00 for Local 673, $194.00 for Local 705, contribution effective June 1, 2004**, the Employer shall continue to make contributions until the employee returns to work, or for a period of twelve (12) months, whichever is the shorter.

**There shall be an increase in wages and/or fringe benefits (Health & Welfare Fund and Pension Fund) according to the following schedule. Allocation of these amounts between wages and/or fringe benefit funds shall be determined by the Local Union thirty (30) days prior to the effective date of the increase.

    Effective June 1, 2005 ...... $1.60 per hour
    Effective June 1, 2006 ...... $1.75 per hour
    Effective June 1, 2007 ...... $1.85 per hour
    Effective June 1, 2008 ...... $2.00 per hour

9.3(f) The obligation to make the above contributions shall continue during periods when the Collective

25

Bargaining Agreement is being negotiated, except during a strike.

**9.3(g)** The Employer agrees that it is bound by and is a party to the Trust Agreements creating the Health and Welfare Fund and the Pension Fund, and all prior and subsequent amendments thereto, as if it had signed the original copy of each of the said Trust Agreements, both of which said Agreements being incorporated herein by reference and made a part hereof; the Employer hereby designates as its representatives on the Board of Trustees of said Funds such Trustees as are named in said Agreements and Declarations of Trust, as Employer Trustees, together with their successors selected in the manner provided in said Agreements and Declarations of Trust, as they may be amended from time to time; and further, agrees to be bound by all action taken by said Employer Trustees regarding and pursuant to the said Agreements and Declarations of Trust as amended from time to time.

**9.3(h) Penalty for Failure to Pay Health and Welfare:** The Employer recognizes the necessity of making prompt Health and Welfare contributions, the possibility that employees benefit standing will be placed in jeopardy if contributions are not timely made, and the concern of the Union that all eligible employees are covered by such contributions.

Whenever the Employer is delinquent in making payments to the Health and Welfare Fund, the Union may strike the Employer to force payments. This provision shall not be subject to and is specifically excluded from the grievance procedure (Article 6). Additionally, in the event the Employer has been found to be delinquent, the Employer shall be required to pay in addition to the actual delinquency, ten percent (10%) of the delinquent amount as liquidated damages, and accountant and attorney fees and court costs.

**9.3(i) Health and Welfare "Reserve":** The Employer agrees to deduct from the paycheck of employees covered by this Agreement, voluntary contributions to a reserve for the Health and Welfare Fund. The Employer, upon receipt of a written check-off authorization form signed by the employee, agrees to deduct the amount of sixty cents (60¢) per hour for the express purpose of reserving such monies to be used solely for the purpose of payment of self-contribution to the Health and Welfare Fund while the employee is off work, and the Employer is not obligated to contribute on his/her behalf.

The employer shall transmit such deductions on a monthly basis to the Local Union's Health and Welfare Fund, the total amount deducted along with the name of each employee on whose behalf the deduction is made, the employee's social security number and the amount deducted from that employee's paycheck.

If an employee does not deplete the entire amount of his/her "reserve" contributions, the remainder will be refunded back to the employee on June 1st of the following year. It is the express responsibility of the employee to cover any deficit, which may occur after his/her "reserve" contributions have been depleted.

Whenever the employee wishes to discontinue such deductions, he/she will notify both the Employer and the Local Union in writing before the 12th day of the month, to discontinue such deductions effective the first of the following month.

It is agreed that all such deductions will be strictly on a voluntary basis.

*The Following Shall Apply For All Local Unions*

**9.4(a)** Article 9.4(a) shall apply to all Locals and become a part of each Local's Welfare Fund.

The Employer recognizes the necessity of making prompt Health and Welfare contributions, the possibility that employee's benefit standing will be placed in

26                                                                                     27

jeopardy if contributions are not timely made, and the concern of the Union that all eligible employees are covered by such contributions.

Whenever the Employer is delinquent in making payments to the Health and Welfare Fund, the Union may strike the Employer to force payments. This provision shall not be subject to and is specifically excluded from the grievance procedure (Article 6). Additionally, in the event the Employer has been found to be delinquent, the Employer shall be required to pay in addition to the actual delinquency, ten percent (10%) of the delinquent amount as liquidated damages, and accountant and attorneys fees and court costs.

9.4(b) The calendar week shall be Sunday through Saturday.

9.5 Any Employer who is found to be in violation of the wage or benefit contribution rates as provided by this Agreement shall deposit with the Office of the Local Union or Trust, as applicable, a Surety Bond to guarantee the payment of such wage and benefit contributions. The amount of the bond shall be $50,000. Determination of the delinquency shall be made by the Trustees of the respective Trust Funds and in the case of wages by the Office of the Union. The Union shall provide written notice to MARBA of any delinquency in wages or fringe benefit contributions as defined herein and the Union will stop providing drives to Employers who are delinquent until said delinquency has been cured.

### ARTICLE 10 - PENSION FUND

*Local 731*

10.1(a) The Employer shall pay to the Local 731 Excavators and Pavers Pension Fund (hereinafter called "Pension Fund"), located at 1000 Burr Ridge Parkway, Burr Ridge, Illinois 60527, the sum of $3.30 per hour effective June 1, 2004**, for each hour worked by the employees covered by this Agreement.

28

In witness whereof the parties have hereunto set their hands this _____ day of _____, 2005.

LOCAL 179, LOCAL 301, LOCAL 330, LOCAL 673, LOCAL 705, LOCAL 731 AND LOCAL 786

INTERNATIONAL BROTHERHOOD OF TEAMSTERS JOINT COUNCIL NO. 25

By:_____
    Terrence J. Hancock
    Joint Council No. 25
    Construction Coordinator

BUILDERS ASSOCIATION OF GREATER CHICAGO, CHICAGO OUTER BELT CONTRACTORS ASSOCIATION, FOX VALLEY GENERAL CONTRACTORS ASSOCIATION, ILLINOIS ROAD BUILDERS ASSOCIATION, LAKE COUNTY CONTRACTORS ASSOCIATION and UNDERGROUND CONTRACTORS ASSOCIATION, by their bargaining representative MID-AMERICA REGIONAL BARGAINING ASSOCIATION

By:_____
    John Healy, Chairperson

By:_____
    Michael Wolff, Chairperson

58

▼▼FOR NON-ASSOCIATION▼▼
EMPLOYERS

The above Agreement is hereby adopted in its entirety this _____ day of _____, 20\_\_\_\_\_ by and between _____ herein referred to in the above Agreement as the "EMPLOYER" and Local Union No. _____, affiliated with the International Brotherhood of Teamsters, herein referred to in the above Agreement as the "UNION."

AGREED:

FOR THE EMPLOYER:

BY: *C. W. Mahler & Son*

*Jerry Kluchka*
Print Full Name

*[signature]*
Name of Employer

DATE: *1-26-06*

FOR THE UNION:

BY:_____

_____
Print Full Name

_____
Title

DATE:_____/\_\_\_\_\_/\_\_\_\_\_

59