# Affidavit of Process Server

**PLAINTIFF/PETITIONER:** Michael Haffner as Trustee of Chauffeurs, Teamsters & Helpers v. **DEFENDANT/RESPONDENT:** Duffy Trucking LLC   **CASE #**

Being duly sworn, on my oath, I __Walter Schwalm__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Ed. Mahler & Sons, Inc. % Sara D. Mahler, registered Agent_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☒ Summons & Complaint

by serving (NAME) ☒ Sara D. Mahler
at ☒ Home _322 E. Scott St. Lake Forest, IL_
   ☐ Business
on (DATE) _3/13/08_ at (TIME) _8:05 P.M._

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service. — SARA MAHLER – PERSONAL SERVICE
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely_____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address     ☐ Evading            ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME, 
( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☐ Male     ☒ White Skin    ☐ Black Hair   ☒ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female   ☐ Black Skin    ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
           ☐ Yellow Skin   ☐ Blond Hair                  ☐ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
           ☐ Brown Skin    ☐ Gray Hair    ☐ Mustache     ☒ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _F w/ short white hair, wearing glasses_

State of Illinois   County of Cook

SERVED BY LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this _14_ day of _March_, 20_08_

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.