IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND, | ) ) ) ) ) | Case No. 08 C 1329 |
| Plaintiff, | ) ) | Judge Kendall |
| v. | ) ) | Magistrate Judge Brown |
| G. W. MAHLER & SON, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Michael Haffner, as trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Health & Welfare Fund, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the complaint against Defendant G. W. Mahler & Son, Inc.

Respectfully submitted,

s/Martin P. Barr
Martin P. Barr
Attorney for Plaintiff Michael Haffner

CARMELL CHARONE WIDMER
  MOSS & BARR
230 West Monroe, Suite 1900
Chicago, Illinois 60606
(312) 236-8033

Dated: March 31, 2008