IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND, ) ) ) ) ) Plaintiff, ) ) v. ) ) G. W. MAHLER & SON, INC., ) ) Defendant. ) | Case No. 08 C 1329  Judge Kendall  Magistrate Judge Brown |

## NOTICE OF FILING

TO:  G. W. Mahler & Sons, Inc.
     c/o Sara D. Mahler, Registered Agent
     322 E. Scott St.
     Lake Forest, IL  60045

   PLEASE TAKE NOTICE that on Monday, March 31, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **Notice of Voluntary Dismissal Without Prejudice**, a copy of which is attached hereto and herewith served upon you.

                                           s/ Martin P. Barr
                                           Martin P. Barr, attorney for Plaintiff

CARMELL CHARONE WIDMER
 MOSS & BARR
230 West Monroe Street
Suite 1900
Chicago, Illinois  60606
(312)  236-8033

Dated:  March 31, 2008

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing **Notice of Voluntary Dismissal Without Prejudice** was served via Regular U.S. Mail this 31st day of March, 2008, to Sara D. Mahler, 322 E. Scott St., Lake Forest, IL 60045.

                                        s/Martin P. Barr  
                                        Martin P. Barr, Attorney for Plaintiffs  
                                        Attorney for Plaintiff Michael Haffner  
                                        CARMELL CHARONE WIDMER  
                                            MOSS & BARR  
                                        230 West Monroe, Suite 1900  
                                        Chicago, Illinois 60606  
                                        (312) 236-8033